UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

REYNALDO MATOS,

                              Plaintiffs,    NOTICE OF APPEARANCE

        -against-                          08 CV 2142 (CM) (KNF)

THE CITY OF NEW YORK, et al,

                                        This document has been
                                        electronically filed.
                            Defendants.

------------------------------------------------------------------------ x

       PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for defendant City of New York and requests that all future papers in this action be served upon the undersigned at the address stated below.

Dated:  New York, New York
          April 7, 2008

                                            MICHAEL A. CARDOZO
                                            Corporation Counsel of the
                                            City of New York
                                            Attorney for Defendant City of New York
                                            100 Church Street, Room 3-159
                                            New York, New York 10007
                                            (212) 788-8698
                                            (212) 788-9776 – Fax
                                            sstavrid@law.nyc.gov

                                            By:          /S/          .
                                                          Steve Stavridis (SS4005)
                                                          Special Federal Litigation Division

TO:   Michael L. Spiegel, Esq. (By ECF)
        Attorney for Plaintiff
        111 Broadway, Suite 1305

New York, New York 10006
(212) 587-8558